```
Court Name: United States District Court
Division: 1
Receipt Number: 14683052978
Cashier ID: rbroaden
Transaction Date: 07/28/2015
Payer Name: RICHARD OBRAY

CIVIL FILING FEE
 For: RICHARD OBRAY
 Amount:        $400.00

CHECK
 Remitter: RICHARD OBRAY
 Check/Money Order Num: 0436981517
 Amt Tendered: $400.00

Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00

FILING FEE
115CV830
```