**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| RICHARD OBRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 1:15CV830 |
| ) | |
| GIANT FOOD STORES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

It appearing to the Court no service has been effected pursuant

to the Court's Show Cause Order of January 1, 2016, it is hereby

ORDERED that this case is DISMISSED pursuant to Fed. R. Civ.

P. 4(m).

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 31, 2016